**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,　　　　:

　　　　- v -　　　　　　　　　　　　　　　:　　NOTICE OF INTENT TO
　　　　　　　　　　　　　　　　　　　　　　　　FILE AN INFORMATION
PARK IL WOO,　　　　　　　　　　　:
　　　a/k/a "Steve Park,"
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　:　　**07 CRIM 1161**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
　　　　November 27, 2007

　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Jennifer G. Rodgers
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/28/07 |

　　　　　　　　　　　　　　　　AGREED AND CONSENTED TO:

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deirdre Von Dornum, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Park Il Woo

11/28/07 WHEEL A