Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                          :

           v.                                      :        07 Cr.

PARK IL WOO,                                             07 CRIM1161
      a/k/a "Steve Park,"
                Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        PARK IL WOO, a/k/a "Steve Park," the above-named defendant, who is accused of

violating Title 18, United States Code, Section 1001, being advised of the nature of the charge and

of his rights, hereby waives, in open Court, prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.



                                _____
                                      Defendant

                                _____
                                      Witness

                                _____
                                      Counsel for Defendant

Date:  New York, New York
       December 14 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007

0293