Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

         -v-                      :     INFORMATION

PARK IL WOO,                      :     07 Cr.
     a/k/a "Steve Park,"
                                        07CRIM1161
         Defendant.               :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007

## COUNT ONE

### False Statements to Government Officials

The United States Attorney charges:

1. On or about August 25, 2005, in the Southern District of New York and elsewhere, PARK IL WOO, a/k/a "Steve Park," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, an investigation being conducted by the Federal Bureau of Investigation ("FBI") involving individuals acting as agents of a foreign government, unlawfully, wilfully and knowingly falsified, concealed, and covered up by trick, scheme, and device, material facts, and made materially false and fictitious statements and representations, to wit, PARK falsely told a special agent of the FBI: (1) that PARK did not at that time have contact with any officials from the Republic of Korea; (2) that PARK had not met with any Republic of Korea officials during the approximately twenty years he had been living in the United States; and (3) that

PARK did not know a specific individual identified by the FBI who was further described as being affiliated with the Republic of Korea through either its consulate or its mission to the United Nations in New York.

(Title 18, United States Code, Section 1001(a).)

### COUNT TWO

### False Statements to Government Officials

The United States Attorney further charges:

2. On or about January 15, 2007, in the Southern District of New York and elsewhere, PARK IL WOO, a/k/a "Steve Park," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, an investigation being conducted by the Federal Bureau of Investigation ("FBI") involving individuals acting as agents of a foreign government, unlawfully, wilfully and knowingly falsified, concealed, and covered up by trick, scheme, and device, material facts, and made materially false and fictitious statements and representations, to wit, PARK falsely told a special agent of the FBI: (1) that the last contact PARK had with an official from the Republic of Korea was a telephone call PARK received from the Republic of Korea's consulate asking PARK for a meeting, which request PARK declined; (2) that PARK did not know a specific official from the Republic of Korea, who the FBI agent identified by the official's full true name; and (3) that while PARK had heard

of a second specific official from the Republic of Korea, who the FBI agent identified by the official's full true name, PARK did not have contact with that individual.

(Title 18, United States Code, Section 1001(a).)

### COUNT THREE

#### False Statements

The United States Attorney further charges:

3. On or about March 20, 2007, in the Southern District of New York and elsewhere, PARK IL WOO, a/k/a "Steve Park," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, an investigation being conducted by the Federal Bureau of Investigation ("FBI") involving individuals acting as agents of a foreign government, unlawfully, wilfully and knowingly falsified, concealed, and covered up by trick, scheme, and device, material facts, and made materially false and fictitious statements and representations, to wit, PARK falsely told a special agent of the FBI that PARK did not recognize or know an official of the Republic of Korea, whose photograph PARK was shown.

(Title 18, United States Code, Section 1001(a).)

_____
MICHAEL J. GARCIA
United States Attorney

12/14/07 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Deirdre Von Dornum, AUSA Jennifer Rodgers, Korean interp & Courtreporter Pres. Deft filed Consent to proceed before Mag. Judge. Deft. enters Guilty Plea. PSI ordered. Control date set for 3/14/08.
      s/ Mag. Judge Katz