# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 14, 2007

BY HAND DELIVERY
Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-07

Re:   **United States v. Park Il Woo**
      07 Cr. 1161

Dear Judge Pauley:

I represent Il Woo Park in the above-captioned case, which was recently assigned to Your Honor. This morning, Mr. Park pleaded guilty before Magistrate Judge Katz to an information charging him with having made false statements. I write to request three modifications to the terms of his release on bail, which are currently as follows: $150,000 personal recognizance bond with three co-signors, secured by $5000 cash, strict Pretrial Services supervision, surrender of travel documents, travel restricted to the Southern and Eastern Districts of New York, and no contact with officials of the South Korean Government. Mr. Park has been in perfect compliance with the terms of his release.

At this time, I ask that the Court permanently modify Mr. Park's bail to reduce the level of his supervision to "regular" and to allow him to travel to New Jersey, where part of his business is located. I further request that the restriction on contact with officials of the South Korean Government be lifted. Both Assistant U.S. Attorney Jennifer Rodgers, on behalf of the Government, and Mr. Park's Pre-Trial Services Officer, Dennis Khilkevich, consent to this request.

Thank you for your consideration of this matter.

Application Granted on Consent.

SO ORDERED:

_signature_
WILLIAM H. PAULEY III U.S.D.J.
12-21-07

Respectfully submitted,

_signature_
Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:   Jennifer Rodgers, A.U.S.A. /Dennis Khilkevich, Pre-Trial Services