# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 16, 2008

**RECEIVED MAY 16 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5-19-08**

BY FACSIMILE

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Park Il Woo**
     07 Cr. 1161-01 (WHP)

**MEMO ENDORSED**

Dear Judge Pauley:

   I write on behalf of Il Woo Park, whom the Court recently sentenced to a term of 18 months of probation, to respectfully request permission for Mr. Park to travel to North Korea on business. I have spoken to Assistant U.S. Attorney Jennifer Rodgers, who has no objection to this request, and to Mr. Park's supervising Probation Officer, Adam Pakula, who also has no objection to this request.

   Mr. Park would leave the United States on May 30, 2008, return no later than June 14, 2008 (the flights from Pyongang are not always reliable), and he would stay at the Koryo Hotel in Pyongang. All details of his itinerary will be provided to the Government and his Probation Officer.

   If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

SO ORDERED: On consent of the Government

_____
HON. WILLIAM H. PAULEY III, U.S.D.J.
5-16-08

cc:  Jennifer Rodgers, A.U.S.A. /Adam Pakula, U.S.P.O. (via fax)

TOTAL P.002