# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 18, 2008

BY FACSIMILE

AUG 18 2008

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-25-08

Re:   United States v. Park Il Woo
      07 Cr. 1161-01 (WHP)

Dear Judge Pauley:

    I write on behalf of Il Woo Park, whom the Court recently sentenced to a term of 18 months of probation, to respectfully request permission for Mr. Park to travel to North Korea on business. I have spoken to Assistant U.S. Attorney Jennifer Rodgers, who has no objection to this request, and to Mr. Park's supervising Probation Officer, Adam Pakula, who also has no objection to this request.

    Mr. Park would leave the United States on September 3, 2008 and return on September 14, 2008. All details of his itinerary will be provided to the Government and his Probation Officer.

    If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Deirdre von Dornum (jm)

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (718) 330-1208

SO ORDERED:

HON. WILLIAM H. PAULEY III, U.S.D.J.
8-22-08

cc:   Jennifer Rodgers, A.U.S.A. /Adam Pakula, U.S.P.O. (via fax)

TOTAL P.002